**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OSCAR HERRERA,

        Plaintiff,

v.                                                                                          Case No. 1:25-CV-20328

RACK ROOM SHOES, INC.,
a foreign for profit corporation,

        Defendant.
_____/

**DEFENDANT, RACK ROOM SHOES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, RACK ROOM SHOES, INC. ("Rack Room") by and through its undersigned counsel hereby states as follows:

RACK ROOM is an active domestic corporation registered with the State of North Carolina and a foreign corporation registered with the State of Delaware. RACK ROOM is owned by the privately held Deichmann Group of Germany.

RACK ROOM is not publicly traded; and no publicly-held corporation currently owns 10% or more of Rack Room's membership units.

Dated: March 6, 2025

Respectfully submitted,

By: */s/ Carol C. Lumpkin*
Carol C. Lumpkin
Fla. Bar No. 0797448
Email: carol.lumpkin@klgates.com
K&L GATES, LLP
200 S. Biscayne Blvd., Suite 3900
Miami, Florida 33131
Phone: 305-359-3300
Fax: 305-358-7095

*Attorney for Rack Room Shoes, Inc.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 6th day of March 2025, I electronically filed a copy of the foregoing document with the Clerk of Court using CM/ECF, which sent a notice of electronic filing all counsel of record.

                                      */s/ Carol C. Lumpkin*____  
                                      Carol C. Lumpkin