UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:25-cv-20328-JEM

**OSCAR HERRERA**,

       Plaintiff,

vs.

**RACK ROOM SHOES, INC.,**
**a foreign for-profit corporation**,

       Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff OSCAR HERRERA, through undersigned counsel, and Defendant RACK ROOM SHOES, INC., through undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties forty-five (45) days from the date of filing this Notice to allow them to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated:  May 19, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 6355 N.W. 36th Street, Suite 307 |
| T. 954/362-3800 | Virginia Gardens, FL 33166 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**K & L GATES LLP**
Counsel for Defendant
200 South Biscayne Boulevard, 39th Floor
Miami, FL   33131
(305) 539-3323
Carol.lumpkin@kgates.com

By:   *s/ Carol C. Lumpkin*
       CAROL C. LUMPKIN
       Fla. Bar No. 797448