UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  25-20328-CIV-MARTINEZ

OSCAR HERRERA,

Plaintiff,

v.

RACK ROOM SHOES, INC.,

Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, (ECF No. 16).  It is hereby:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**. Each party shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this _10_ day of July, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record